UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Keith Mankins,<br><br>     Petitioner,<br><br>  v.<br><br>State of Washington,<br><br>     Respondent. | CASE NO. 3:19-cv-05510-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: OCTOBER 11, 2019 |

  The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Keith Mankins, who is proceeding *pro se*, filed a proposed Petition for Writ of Habeas Corpus (the "Petition") on May 23, 2019. Dkt. 1. Petitioner did not pay the filing fee or file the correct application to proceed *in forma pauperis* ("IFP"). *See* Dkts. 2, 6. The Clerk of Court instructed Petitioner to pay the filing fee or file the correct application for IFP status by July 8, 2019. Dkt. 6. Petitioner was also advised the signature page was missing from the Petition. Dkt. 6.

On July 25, 2019, the Court ordered Petitioner to submit an application to proceed IFP or pay the $5.00 filing fee by August 23, 2019. Dkt. 7. Petitioner was advised that if he failed to comply with this Order, the Court would recommend this case be dismissed. Dkt. 7.

Petitioner has failed to pay the filing fee or submit an IFP application form. Petitioner has also failed sign the Petition as appropriate and return the signed Petition for filing. He has failed to respond to the Court's order. As Petitioner has failed to: (1) file an application to proceed IFP or pay the filing fee; (2) submit a signed Petition; (3) respond to the Court's Order; and (4) prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 11, 2019, as noted in the caption.

Dated this 18th day of September, 2019.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2